George C. Lazar
Nev. Bar No. 6030
525 "B" Street, Suite 1500
San Diego, California 92101
Tel: 877.272.3734
Fax: 877.227.0150
Email: glazar@foxjohns.com

Attorney for United Central Bank
a Texas state bank

Counsel Designated for Service of
Papers Per LR 10-1(b)

Larry C. Johns
LAW OFFICE OF LARRY C. JOHNS
3017 W. Charleston Blvd., Suite 30
Las Vegas Nevada 89102

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

NORTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>DHILLON GROUP, LLC<br>dba Holiday Inn Express<br>2902 Michelle Dr.<br>Sherman, TX 75092<br><br>Debtor | CASE NO. 3:11-bk-53706-btb<br>Chapter 11<br><br>ATTORNEY INFORMATION SHEET REGARDING APPLICATION FOR ORDER SHORTENING TIME<br>(Local Rule 9006) |

Pursuant to the provisions of Local Rule 9006, United Central Bank states as follows with regard to its application for an Order Shortening Time with regard to a hearing on its motion for dismissal for improper venue:

A. Brandy Brown, the attorney for the debtor who signed the petition in this proceeding, was contacted on December 14, 2011 at approximately 9:00 a.m. regarding the proposed order shortening time.

B. Ms. Brown stated that she did not oppose an order shortening time.

1     C.     The consultation was made by means of a phone conversation.

2     D.     The estimated time for the hearing is fifteen (15) minutes.

DATED: December 14, 2011          /s/ George C. Lazar  
George C. Lazar, Attorney for United Central Bank  
NV Bar No. 6030  
525 B Street, Suite 1500  
San Diego, California 92101  
Tel:    877-272-3734  
Fax:   877-227-0150