IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DHILLON GROUP, LLC | § | CASE NO. 12-40163-BTR-11 |
| | § | |
| DEBTOR. | § | |

**JOINDER IN JAGMOHAN DHILLON'S OBJECTION TO MOTION TO SHORTEN EXCLUSIVITY PERIOD AND PERMIT THE FILING OF MOVANT'S COMPETING PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT; TO MODIFY ORDER ISSUED ON MAY 9, 2012; AND TO SHORTEN TIME FOR HEARING ON MOVANT'S DISCLOSURE STATEMENT (RE: DOCKET NO. 113)**

TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:

Dhillon Group, LLC ("Debtor"), the debtor in the above-styled and numbered bankruptcy case, files this *Joinder in Jagmohan Dhillon's Objection to Motion to Shorten Exclusivity Period and Permit the Filing of Movant's Competing Plan of Reorganization and Disclosure Statement; to Modify Order Issued on May 9, 2012; and to Shorten Time for Hearing on Movant's Disclosure Statement* (Docket No. 113) (the "Motion") and in support thereof would show the Court the following.

## JOINDER

1. Debtor joins in the Objection filed by Jagmohan Dhillon in opposition to the Motion and also the objections of United Central Bank.

2. Debtor filed its First Amended Plan of Reorganization and Disclosure Statement on April 26, 2012. [Docket #103 and #104] The Order Approving Debtor's First Amended Disclosure Statement and Setting Hearing on Confirmation of Debtor's First Amended Plan of Reorganization was signed by this Court on April 30, 2012. [Docket #107] The Confirmation hearing is set for June 4, 2012. [Docket #107] The Debtor has moved with all due haste to keep

this case moving and to obtain approval of disclosure statement.

3. The stay has also been modified to allow United Central Bank to post the Debtor's property for a foreclosure sale in June 2012. [Docket #111] UCB has posted the property for a June 2012 foreclosure sale. The Debtor must confirm its Plan on June 4, 2012.

4. There is simply no way another plan can be proposed in this case at this late date, a disclosure statement approved and a confirmation hearing set and held that will not violate the terms of the existing orders in this case. [Docket #111] There is no basis for relief from the prior orders in this case. Trying to get a plan approved at this late date by a competing party is legally impossible. There is no way to meet all the deadlines for confirmation and the Debtor has moved forward on its Plan within it exclusive period.

WHEREFORE, PREMISES CONSIDERED Dhillon Group, LLC respectfully requests that the Court deny the Motion. Dhillon Group, LLC requests such other and further relief to which it may be entitled at law or in equity.

Dated: May 28, 2012


Respectfully submitted,

/s/ Joyce Lindauer
By: Joyce W. Lindauer,
SBN 21555700
8140 Walnut Hill Lane, Suite 301Dallas, Texas 75231
(972) 503-4033
(972) 503-4034 fax
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served upon all registered ECF users in this case on May 28, 2012.

/s/ Joyce Lindauer
Joyce Lindauer

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 12-41063<br>Eastern District of Texas<br>Sherman<br>Mon May 28 13:58:13 CDT 2012 | Attorney General of Texas<br>Collections Div/Bankruptcy Sec<br>P. O. Box 12548<br>Austin, TX 78711-2548 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8110 |
| Bank of America<br>P.O. Box 982235<br>El Paso, TX 79998-2235 | Citibank (South Dakota), N.A.<br>Attn: Centralized Bankruptcy<br>P.O. Box 20507<br>Kansas City, MO 64195-0507 | Citibank (South Dakota), N.A.<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| HSBC Retail Svcs.<br>P.O. Box 5893<br>Carol Stream, IL 60197-5893 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | IPC of Texas<br>P.O. Box 92729<br>Los Angeles, CA 90009-2729 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Anita Kay Ishee<br>P.O. Box 270688<br>Flower Mound, TX 75027-0688 | John Sharp/State Comptroller<br>Revenue Accounting Div/Bankruptcy<br>P. O. Box 13528<br>Austin, TX 78711-3528 |
| William F. Kunofsky<br>10300 N. Central Expressway<br>Suite 252<br>Dallas, TX 75231-8662 | MCD Pathology, L.L.P.<br>P.O. Box 670722<br>Dallas, TX 75367-0722 | North Star EMS<br>P.O. Box 2526<br>Humble, TX 77347-2526 |
| Linda S Payne<br>541 Banner Place<br>12770 Coit Road<br>Dallas, TX 75251-1336 | Synerprise Consulting Svc., Inc.<br>2809 Regal Rd., Ste. 107<br>Plano, TX 75075-6317 | Texas Health Presbyterian<br>P.O. Box 677300<br>Dallas, TX 75267-7300 |
| Texas Oncology PA Lewisville CC<br>2790 Lake Vista Dr.<br>Lewisville, TX 75067-3884 | Texas Oncology PA Med City CC<br>7777 Forest Lane, Bldg. D400<br>Dallas, TX 75230-6899 | Texas Radiology Assoc., L.L.P.<br>P.O. Box 2285<br>Indianapolis, IN 46206-2285 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney's Office<br>110 North College Avenue, Suite 700<br>Tyler, TX 75702-0204 |
| United States Trustee's Office<br>110 North College Avenue, Suite 300<br>Tyler, TX 75702-7231 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

HSBC/Best Buy
P.O. Box 15519
Wilmington, DE 19850

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 21126
Philadelphia, PA 19114

End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24