## BELFOR
### PROPERTY RESTORATION

**WORK AUTHORIZATION**
**COMMERCIAL & INDUSTRIAL**

The undersigned on behalf of their company (insured), __Dhillon Group LLC__ of __DBA Holiday Inn Express__

Address: __2909 Michelle Dr__  City: __Sherman__  State: __TX__  Zip: __75092__

represents that he/she/they are owners of/or agent for the owner) (authorized signors) for the hereinafter specified property and/or its contents, and hereby authorize and direct Belfor USA Group, Inc. ("Contractor") to provide all labor, equipment and materials required to properly repair the specified real property or structure resulting from related damage, at or to the property or structure commonly known as: __Holiday Inn Express & Suites__

Address: __2909 Michelle Dr__  City: __Sherman TX__  State: ____  Zip: __75092__

The undersigned authorizes and directs their Insurance Carrier (named below) to include the name of "Belfor USA" on all insurance drafts and/or to pay Contractor directly for all insurance work performed, or to be performed by Contractor on the above damaged property. The undersigned agrees to endorse, tender and assign to Contractor his/her/their right, title and interest in the insurance proceeds owed by their insurer for damage to be repaired or remediated or work to be performed by Contractor. It is understood and agreed that Contractor will perform all repair work in a good and workmanlike manner in accordance with our General Conditions. Contractor will have a policy of insurance in full force, will comply with local safety standards and will perform all work according to local building codes. A one-year workmanship warranty will be presented upon full payment for the work performed.

All insurance work performed by Contractor is subject to the terms of the Insured Policy of Insurance, which sets the scope and price of the work based upon industry standards. The undersigned hereby understands that he/she/they are not liable for payment sums in excess of the insurance settlement draft tendered to Contractor unless specified below or in writing. All insurance deductibles, non-recoverable depreciation, uninsured code-upgrade work, remodeling and extra work are the responsibility of the undersigned Company or owner. The undersigned also agrees to and understands the General Conditions stated below.

DATE: __2-5-2011__

BELFOR REPRESENTATIVE: __Shannon Edwards__

INSURER: __AmTrust Insurance__

INSURED-OWNER-AGENT: _[signature]_

INSURED-OWNER-AGENT: __Jagraj___ _[signature]_

POLICY OR CLAIM NUMBER: __SP100 781400__

### General Conditions
If for any reason your claim is denied by your insurance carrier or they refuse to pay the costs of any and/or all work performed by Contractor, or you otherwise delay or prevent the payment of said insurance draft, or use it for other purposes, then the insured/owner(s) of the above mentioned property will be personally liable for any cost of services performed. The Contractor and undersigned acknowledge and agree that the Contractor shall have no liability for, and shall be indemnified and held harmless from and against, all claims, damages, liabilities and costs arising out of or relating to the presence, discovery, or failure to discover, remove, remediate or clean-up environmental or biological hazards including, but not limited to, mold, fungus, hazardous waste, substances or materials, or asbestos. If for any reason the amount due under this Work Authorization is not paid when due, the Contractor shall be entitled to his expenses and attorneys fees incurred in the collection of this agreement with interest on the unpaid balance at the rate of 1.5% per month or the rate prescribed by law. The undersigned permits Contractor to obtain a personal credit report to ensure that the insurance proceeds for this project are not in jeopardy. Any controversy or claim arising out of or relating to this agreement, or breach thereof, may be submitted to arbitration at the discretion of the Contractor. Arbitration will be governed by the provisions of the American Arbitration Association. Any award by arbitration will be final, non-appealable and binding upon the parties and may be enforced by any court of competent jurisdiction. Belfor is a member in good standing with the Better Business Bureau. Contractor reserves their right to terminate this contract should the client breach any of the terms or assurance of payment.

REV. 02/10

BELFORUSA 1206 W. Avenue D, Belton, TX 76513  •  ph 254-939-1448  •  fx 254-939-1484
BELFORUSA 15600 Trinity Boulevard, Suite 106, Grand Prairie, TX 76155  •  800 749 7665  •  ph 972 975 1600  •  fx 972.988 0544
BELFORUSA 4400 Blalock Road, Suite 400  •  Houston, TX 77041  •  866 749 1194  •  ph 713 263 1194  •  fx 713.263 1197
BELFORUSA 4078 IH 35 North, Waco, TX 76705  •  877 453 6951  •  ph 254 799 8600  •  fx 254 799 1487
HEADQUARTERS 185 Oakland Ave., Suite 150, Birmingham, MI 48009-3433  •  888 471 4111  •  ph 248 594 1144  •  fx 248 594 1133
24/7 emergency hotline 800 856 3333  •  www.belforusa.com


EXHIBIT 1