Label Matrix for local noticing
0540-4
Case 12-40163
Eastern District of Texas
Sherman
Mon Apr 30 12:24:58 CDT 2012

AS Hospitality
Acct No 54935
PO Box 504232
Saint Louis, MO 63150-4232

AT&T
Acct No 325235-35001575
PO Box 5001
Carol Stream, IL 60197-5001

AT&T Global Network Services, Inc
Acct No AV1B5GNC
PO Box 5091
Carol Stream, IL 60197-5091

ATMOS ENERGY CORPORATION
ATTN: BANKRUPTCY
PO BOX 650205
DALLAS TX 75265-0205

Affordable Power
PO Box 660038
Dallas, TX 75266-0038

Allen Sales and Services, Inc.
Acct No H04389
3030 South Eisenhower
PO Box 591
Denison, TX 75021-0591

American Quick Foods
Acct No SHMES
5485 Bethelview Rd., Suite 360-368
Cumming, GA 30040-9735

Art's Electric, Inc.
Acct No Dallas TX 75266-0038
PO Box 524
Frankfort, KY 40602-0524

Astor Chocolate Corp.
Acct No 0010006315030640-R02
7373 Kirkwood Ct., Suite 200
Osseo, MN 55369-5264

Atmos Energy
Acct No 2430256
PO Box 790311
Saint Louis, MO 63179-0311

BCD Travel
Acct No 44716696
Six Concourse Parkway, NE, 12th Floor
Atlanta, GA 30328-6120

Bedfor
185 Oakland Ave., Suite 300
Birmingham, AL 48009-3481

Belfor
Acct No 3605171143
185 Oakland Ave., Suite 300
Birmingham, MI 48009-3481

Belfor USA Group, Inc.
c/o Jonathan C. Myers, Esq.
Jaffe Raitt Heuer & Weiss, P.C.
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034-8214

Cable One
3720 Texoma Parkway
Sherman, TX 75090-1922

Cable One
Acct No 23404-410891-01-2
3720 Texoma Parkway
Sherman, TX 75090-1922

Cintas
Acct No 4230902
97627 Eagle Way
Chicago, IL 60678-7627

Cirro Energy
PO Box 660004
`
Dallas, TX 75266-0004

Cirro Group, Inc.
c/o Jason Katz
901 Main St. Ste. 8515
Dallas, TX 75202-3707

City of Sherman - Water
PO Box 869074
Plano, TX 75086

City of Sherman- Water
Acct No 211167002
PO Box 869074
Plano, TX 75086

Civil Air Patrol Magazine
Acct No 2010648
835 E. Lamar Ave., #344
Arlington, TX 76011-3504

Coast to Coast Computer Products
Acct No 107540
4277 Valley Fair St.
Simi Valley, CA 93063-2940

Comfort Inn
Acct No 519212
801 US Hwy 75
Denison, TX 75020-1257

Commtrack
Acct No 08830780
17493 Nassau Commons
Lewes, DE 19958-6283

Commtrak Corporation
Attn: Roger Miersch, EVP
17493 Nassau Commons
Lewes, DE 19958-6283

Thomas E. Coughlin
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Rd., Ste. 2500
Southfield, MI 48034-8214

DTL Electronics
Acct No Holiday Inn Express Sherman TX
221 E. Houston St.
Sherman, TX 75090-5934

Denison Vaccum & Janitorial Supply
Acct No 8923300
2533 W. Morton St.
Denison, TX 75020-1403

EXHIBIT A

Maluk Dhami
1988 Bridget Marie Dr.
Modesto, CA 95351

Dhillon Group, LLC
1930 Idaho St.
Elko, NV 89801-2629

Digital Dolphin Supplies
Acct No Holiday Inn Express Sherman TX
811 N. Catalina Ave., Suite 1104
Redondo Beach, CA 90277-2187

Dimension Electricity and A/C
Acct No Holiday Inn Express Sherman TX
PO Box 2255
Sherman, TX 75091-2255

Dimension Electricty and A/C
PO Box 2255
Sherman, TX 75091-2255

Diversified Fire Protection, Inc.
Acct No Holiday Inn Express Sherman TX
5941 Midway Rd.
Haltom City, TX 76117-4738

Ecolab
Acct No 19901400
PO Box 70343
Chicago, IL 60673-0343

Ed Brown Distributors
Acct No 3459
PO Bo 35885
Dallas, TX 75235-0885

Farmer & Associates, Inc.
Acct No 2376.011aq
PO Box 1325
Allen, TX 75013-0022

FedEx
Acct No Holiday Inn Express Sherman TX
942 S. Shady Grove Rd.
Memphis, TN 38120-4117

Franchising Inc.
Nimesh Patel
Holiday Hospitality Franchising, Inc.
3 Ravinia Drive, Suite 100
Atlanta, GA 30346-2121

William A. Frazell
300 West 15th St., 8th Floor
Austin, TX 78701-1649

GCEC Telecom
Acct No 9038923300
PO Box 2119
Van Alstyne, TX 75495-2119

John J. Gitlin
5339 Spring Valley Rd.
Dallas, TX 75254-3009

Grayson County
PO Box 2107
Sherman, TX 75091-2107

Grayson County Health Dept.
Acct No 371
515 N. Walnut St.
Sherman, TX 75090-4900

Green Suites
Acct No Holiday Inn Express Sherman TX
1476 W. 9th St., Suite B2
Upland, CA 91786-5699

Lakhwinder Guru
12525 SE 299th Pl
Auburn, WA 98092-2186

Holiday Hospitality Franchising, Inc.
c/o Nathan W. Shackelford
Alston & Bird LLP
2828 N. Harwood Street
Suite 1800
Dallas, TX 75201-2139

Holiday Hospitality Franchising, Inc.
C/O Alston & Bird LLP
Leib Lerner, Esq.
333 S. Hope St. 16th Floor
Los Angeles, CA 90071-1410

Hospitality Online
Acct No 6023117
1037 NE 65th St., Suite 1
Seattle, WA 98115-6655

Hotel-Motel Index
Acct No Holiday Inn Express Sherman TX
1556 Halford Ave., Suite 334
Santa Clara, CA 95051-2661

IRS
Acct No 26-0160230
SBSE/Insolvancy Department of the IRS
Box 330500-Stop 15
Detroit, MI 48232

Intercontinental Hotels
Acct No SHMES
PO Box 101074
Atlanta, GA 30392-1074

Intercontinental Hotels Corp.
P. O. Box 101074
Atlanta, GA 30392-1074

Internal Revenue Service
SBSE/Insolvency Department of the IRS
Box 330500-Stop 15
Detroit, MI 49232

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Janpak Supply Solutions
3101 High River Road, Suite101
PO Box 155339
Fort Worth, TX 76155-0339

KOETTER FIRE PROTECTION, LLC
10351 OLYMPIC DR.,
DALLAS, TX 75220-4437

Jason Michael Katz
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202-3782

| | | |
|---|---|---|
| Koetter Fire Protection, LLC<br>10351 Olympic Sr.<br>Dallas, TX 75220-4437 | Koetter Fire Protection, LLC<br>Acct No 70541<br>10351 Olympic Sr.<br>Dallas, TX 75220-4437 | A. J. Kung<br>Kung & Brown<br>214 South Maryland Pkwy, Ste A<br>Las Vegas, NV 89101-5319 |
| LVI Facility Services, Inc.<br>Gregory G. DiCarlo<br>35 Corporate Drive, Ste. 1155<br>Trumbull, CT 06611-1355 | Lamar<br>Acct No 267392<br>PO Box 96030<br>Baton Rouge, LA 70896-9030 | Joyce W. Lindauer<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 |
| Eric A. Linden<br>Jaffe Raitt Heuer & Weiss<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI 48034-8214 | LodgeNet<br>Acct No 0059311<br>PO Box 952141<br>Saint Louis, MO 63195-2141 | LodgeNet Entertainment Corp.<br>P.O. Box 952141<br>Saint Louis, MO 63195-2141 |
| Maluk Dhami<br>1986 Bridget Marie Dr.<br>Modesto, CA 95351-4540 | Merlin Law Group<br>Three Riverway, Suite 701<br>Houston, TX 77056-1922 | Merlin Law Group<br>Acct No Holiday Inn Express Sherman TX<br>Three Riverway, Suite 701<br>Houston, TX 77056-1922 |
| Micro System<br>Acct No 302956<br>PO Box 23747<br>Baltimore, MD 21203-5747 | More Business Solution<br>Acct No 03-SHMES<br>3000 Northwoods Blvd., Suite 140<br>Norcross, GA 30071-4787 | Jonathan C. Myers<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034-8222 |
| NTS SIGNS<br>4408 TEXOMA PARKWAY<br>SHERMAN, TX 75090-1932 | NTS Signs<br>Acct No Holiday Inn Express Sherman TX<br>4408 Texoma Pkwy.<br>Sherman, TX 75090-1932 | National Hotel-Motel Assoc.<br>Acct No Holiday Inn Express Sherman TX<br>40087 Mission Blvd., Suite 241<br>Fremont, CA 94539-3680 |
| North Texas Elevator Inspection<br>Acct No Holiday Inn Espress Sherman TX<br>PO Box 114<br>Royse City, TX 75189-0114 | Onity<br>Acct No 223197<br>223067 Pittsburg<br>Pittsburgh, PA 15251-2067 | Samir Patel<br>Patel & Ved, CPA<br>4099 McEwen<br>Suite 410<br>Dallas, TX 75244-5041 |
| Play Network Inc.<br>Acct No HOL457<br>8727 148th Ave., NE<br>Redmond, WA 98052-3483 | Project Planet<br>Acct No Holiday Inn Express Sherman TX<br>1476 W 9th St., Suite B2<br>Upland, CA 91786-5699 | Property Tax Lending<br>Acct No 2008-2010<br>17950 Preston Rd. Suite 650<br>Dallas, TX 75252-4605 |
| Property Tax Lending, LP<br>17950 Preston Rd.<br>Suite 650<br>Dallas, TX 75252-4605 | Purchasing Partners Inc.<br>2398 Mt Vernon Rd., Suite 200<br>Atlanta, GA 30338-3064 | Purchasing Partners Inc.<br>Acct No 0003836<br>2398 Mt. Vernon Rd., Suite 200<br>Atlanta, GA 30338-3064 |
| RETC, LP<br>3345 SILVERSTONE DRIVE #A<br>PLANO, TX 75023-7836 | Real Estate Tax Consultants<br>3325 Silverstone Dr.<br>Plano, TX 75023-7882 | Real Estate Tax Consultants<br>Acct No 2531<br>3325 Silverstone Sr.<br>Silverstone Dr,<br>Plano, TX 75023-7882 |

| | | |
|---|---|---|
| Royal Cup<br>Acct No 1058070<br>PO Box 170971<br>Birmingham, AL 35217-0971 | SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528-9161 | SCN Renovation & Design, LLC<br>II Galleria Tower 13455 Noel Rd.<br>Suite 1000<br>Sherman, TX 75092 |
| SCN Renovations & Design, LLC<br>II Galleria Tower<br>13455 Noel Rd, Suite 100<br>Dallas, TX 75240-6620 | Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Nathan Welles Shackelford<br>2828 N. Harwood St., Ste 1800<br>Dallas, TX 75201-2139 |
| Sherman Chamber of Commerce<br>Acct No Holiday Inn Express Sherman TX<br>PO Box 1029<br>Sherman, TX 75091-1029 | Shindler Elevator Corp<br>Acct No 5000149960<br>PO Box 93050<br>Chicago, IL 60673-3050 | Skyline Publishing<br>Acct No Holiday Inn Express Sherman TX<br>PO Box 9014<br>Peoria, IL 61612-9014 |
| Southwest Host Services<br>Acct No 06709426<br>PO Box 272329<br>Fort Collins, CO 80527-2329 | Sportsman Glass LLC<br>Acct No Holiday Inn Express Sherman TX<br>916 S. McDonalds<br>McKinney, TX 75069-6632 | StarTex Power<br>P O Box 4802<br>Houston, TX 77210-4802 |
| StarTex Power<br>Acct No 250806<br>PO Box 4802<br>Houston, TX 77210-4802 | State Chemical Solutions<br>Acct No 0000637834<br>3100 Hamilton Ave.<br>Cleveland, OH 44114-3701 | Thomas Richard Stauch<br>Nowak & Stauch, LLP<br>4144 North Central Expressway, Suite 300<br>Dallas, TX 75204-3293 |
| Superior Uniform Group<br>Acct No 11024985<br>PO Box 932058<br>Atlanta, GA 31193-2058 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Division - SAU<br>101 E 15th St Room 556<br>Austin TX 78778-0001 | Tara Energy<br>Acct No 0801160026<br>2051 Royal Ave.<br>Simi Valley, CA 93065-4679 |
| Texas Workforce Commission<br>PO Box 149037<br>Austin, TX 78714-9037 | Texas Workforce Commission<br>Acct No 11-165062-4<br>PO Box 149037<br>Austin, TX 78714-9037 | Texas Workforce Commission and Texas Comptro<br>William A. Frazell<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| The Crawney Company<br>Acct No TXC24<br>PO Box 2110<br>Manitowoc, WI 54221-2110 | The Herald Democrat the Shopper<br>Acct No 00391254<br>PO Bo x1128<br>Sherman, TX 75091 | TouchTone Communication<br>Acct No 9038923300<br>PO Box 27772<br>Cliffside Park, NJ 07010-7772 |
| Travelers Insurance<br>Acct No 4934f6147<br>PO Box 660317<br>Dallas, TX 75266-0317 | Travelers Insurance Company<br>PO Box 660317<br>Dallas, TX 75266-0317 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| UNITED CENTRAL BANK<br>C/O GEORGE C. LAZAR<br>525 B STREET, STUIE 1500<br>SAN DIEGO, CA 92101-4401 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | USA Today<br>Acct No 000151675<br>PO Box 79782<br>Baltimore, MD 21279-0782 |

Arthur I. Ungerman
Arthur I. Ungerman, Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, TX 75231-4328

United Central Bank
4555 W. Walnut St
Garland, TX 75042-5143

United Central Bank
Acct No 81106841
4555 W. Walnut St
Garland, TX 75042-5143

United Central Bank
c/o George C. Lazar, Esq.
525 B Street, Suite 1500
San Diego, CA 92101-4417

United Central Bank
c/o Laura L. Worsham
Jones, Allen & Fuquay LLP
8828 Greenville Ave.
Dallas, TX 75243-7143

VFM Leonardo
Acct No Holiday Inn Express Sherman TX
PO Box 311116
Detroit, MI 48231-1116

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

Verizon
404 Brock Drive
Bloomington, IL 61701-2654

Verizon Wireless
Acct No 10 5680 2839139970 06
PO Box 920041
Dallas, TX 75392-0041

Webb's Electric
Acct No Holiday Inn Express Sherman TX
314 E. Mulberry St.
Sherman, TX 75090

Wichita Door Controls
Acct No Holiday Inn Express Sherman TX
734 S. Washington St.
Wichita, KS 67211-2426

Laura L. Worsham
Jones, Allen & Fuquay
8828 Greenville Avenue
Dallas, TX 75243-7143


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Adjusters International, Inc.

(u)Affordable Power
Acct No 0907160022
PO Box 660038

(u)Belfor USA Group, Inc.


(u)Gurpreet Dhaliwal

(d)Grayson County
PO Box 2107
Sherman, TX 75091-2107

(u)HD Facilities Maintnance


(d)Lakhwinder Guru
12525 SE 299th PL
Auburn, WA 98092-2186

(u)Texas Hotel & Lodging Assoc.
Acct No 2331

End of Label Matrix
Mailable recipients   131
Bypassed recipients     8
Total                 139