
09/17/2012

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DHILLON GROUP, LLC, | § | CASE NO. 12-40163 |
| | § | CHAPTER 11 |
| Debtor | § | |

**AGREED ORDER CONCERNING
MOTION OF LEE LASHER, SUCCESSOR-IN-INTEREST TO
LEE LASHER, INC. FOR NEW TRIAL, RECONSIDERATION OF
ORDER OF CONFIRMATION OR, ALTERNATIVELY
<u>FOR MODIFICATION OF CHAPTER 11 PLAN OF REORGANIZATION</u>**

On September 11, 2012 the Motion for New Trial, Reconsideration of Order of Confirmation or, Alternatively For Modification of Chapter 11 Plan of Reorganization filed by Lee Lasher, Successor-in-Interest to Lee Lasher, Inc., (the "Motion") came on for hearing in the above-referenced case.

Lee Lasher appeared in person and by and through his attorney of record. Dhillon Group, LLC appeared by and through its representative and by and through its attorneys of record.

Thereupon, Lee Lasher and Dhillon Group, LLC (collectively the "Parties") announced the following agreement in open court. The Parties have agreed that neither the Chapter 11 Plan confirmed in this case nor the automatic stay of 11 U.S.C. §362(a) apply to the pre-petition claims of Lee Lasher claimed to be the Successor-in-Interest to Lee Lasher, Inc. or Lee Lasher (collectively "Lasher"), against Dhillon Group, LLC. Furthermore, the Parties have agreed that Lasher may pursue its alleged claims against Dhillon Group, LLC in any other court of competent jurisdiction.

Whereupon Lasher agreed to the withdrawal of its Motion. Therefore, IT IS

ORDERED, ADJUDGED AND DECREED for the reasons stated on the record in open

court and the agreement of the parties announced in open court that neither the Chapter 11 Plan confirmed in this case nor the automatic stay of 11 U.S.C. §362(a) apply to the alleged pre-petition claims of Lasher against Dhillon Group, LLC.    It is furthermore,

ORDERED, ADJUDGED AND DECREED that Lasher may pursue any such alleged claims against Dhillon Group, LLC in any other court of competent jurisdiction.

Lasher having withdrawn the Motion on the record in open court, the Clerk is ORDERED to show the Motion as moot.

SIGNED:

Signed on 9/17/2012

*Brenda T. Rhoades*    SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE


AGREED:

/s/ J. Don Gordon
J. Don Gordon
Attorney for Lee Lasher, Successor-in-Interest
to Lee Lasher, Inc.


/s/ Joyce Lindauer
Joyce Lindauer
Attorney for Dhillon Group, LLC