B6F (Official Form 6F) (12/07)
In re  Dhillon Group, LLC    SUPPLEMENTAL    Case No. 12-40163
(if known)

**AMENDED 2/7/2013**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>Safe Step, Inc.<br>12400 Princeton Avenue S<br>Savage, MN 55378 | | DATE INCURRED:<br>CONSIDERATION: Bathroom Repairs<br>REMARKS: | | | | $4,405.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Subtotal > | $4,405.50 |
| | | | | | Total > | $1,246,304.83 |

___No___ continuation sheets attached
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  Dhillon Group, LLC                                        CASE NO   12-40163

                                                                  CHAPTER   11

*AMENDED 2/7/2013*

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/7/2013                                  Signature  /s/ Jagmohan Dhillon
                                                           *Jagmohan Dhillon*
                                                           *Managing Member*

Date _____                Signature _____

Safe Step, Inc.
12400 Princeton Avenue S
Savage, MN 55378

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:  Dhillon Group, LLC                              CASE NO.  12-40163

                                                        CHAPTER  11

**Certificate of Service**

---

I hereby certify that a copy of the foregoing Amended Schedule and Matrix was served to the following parties:

US Trustee
Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

J. DON GORDON
HYNDS & GORDON, P.C.,
500 N. SAM RAYBURN FREEWAY, SUITE 200
SHERMAN, TEXAS 75090

Rodney L. Drinnon
Drinnon & Wright, PLLC
4544 Post Oak Place
Suite 350
Houston, TX 77027

D. Prichard Bevis, Jr., Esq.
Adjusters International, Inc.
Nowak and Stauch, L.L.P.
4144 North Central Expressway,
Suite 300
Dallas, Texas 75204

Thomas E. Coughlin, Esq.
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Eric Linden, Esq.
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Jonathan C. Myers, Esq.
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Mark A. Castillo and Jason Katz
CURTIS | CASTILLO PC
901 Main Street,
Suite 6515
Dallas, Texas 75202

John J. Gitlin, Esq.
Spring Valley Office Commons
5339 Spring Valley Road
Dallas, Texas 75254

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  **Dhillon Group, LLC**                              CASE NO.  **12-40163**

                                                            CHAPTER  **11**

### Certificate of Service

(Continuation Sheet #1)

---

Nathan W. Shackelford (                    )
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201

Leib M. Lerner (                    )
ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

William A. Frazell
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

GEORGE C. LAZAR, ESQ.
525 "B" Street, Suite 1500
San Diego, CA 92101

Laura L. Worsham, Esq.
JONES, ALLEN & FUQUAY, L.L.P.
8828 Greenville Avenue
Dallas, Texas 75243

I hereby certify that the foregoing Amended Schedule and Mailing Matrix, Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines and Order Confirming Plan was on this February 7, 2013 served on the below party via First Class US Mail, postage prepaid.

Safe Step, Inc.
12400 Princeton Avenue S
Savage, MN 55378-1366


Date:  __2/7/2013__                          /s/ Arthur Ungerman
                                             **Arthur Ungerman**
                                             Attorney for the Debtor(s)