

EOD
05/02/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE: §
 § **CHAPTER 11 CASE**
**DHILLON GROUP, LLC** §
 § **CASE NO: 12-40163**
Debtor. §

**AGREED**
**ORDER ON APPLICATION FOR FINAL DECREE**

CAME BEFORE THE COURT the Application for Final Decree (the "Application") filed by DHILLON, GROUP, LLC (the "Debtor"), the Debtor in the above entitled case. The parties agree ~~Court finds~~ that there is no need for any further administration in this case and that good cause exists for the entry of the following order.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered case is administratively closed; it is further

**ORDERED, ADJUDGED AND DECREED** that if the above entitled case needs to be reopened at the request of either United Central Bank or Security National Insurance Company, then the Debtor shall pay court costs associated with reopening the case.

**ORDERED, ADJUDGED AND DECREED** that Adversary No. 12-04022 entitled Security National Insurance Company, et al. v. Dhillon Group, LLC et al, pending in the Eastern District of Texas, Sherman Division shall be left pending so that the issues therein can be finally resolved. The Court shall retain jurisdiction to finally resolve such proceeding.

Signed on 05/02/2013

*Brenda T. Rhoades*   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

Agreed:

/s/ Joyce W. Lindauer
Joyce W. Lindauer
Attorney for Debtor

/s/ Leo Jordan   [with permission]
Leo Jordan
Attorney for Security National Insurance Company

/s/ Laura Worsham [with permission]
Laura Worsham
Attorney for United Central Bank